IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-1295-JLK**

**DOMINION VIDEO SATELLITE, INC.**,

        Plaintiff,

v.

**ECHOSTAR SATELLITE, L.L.C.,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Dominion's Unopposed Motion for Leave to File First Amended Complaint (doc. #12), filed February 28, 2006, is **GRANTED.** This case is REOPENED; the First Amended Complaint is accepted as filed.

Dated: March 1, 2006