IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-1295-JLK**

**DOMINION VIDEO SATELLITE, INC.**,

       Plaintiff,

v.

**ECHOSTAR SATELLITE, L.L.C.,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Joint Motion to Stay Proceedings Pending Settlement Negotiations (doc. #21), filed June 27, 2006, is **GRANTED.** This matter is stayed until October 1, 2006. The parties shall submit a joint status report no later than September 1, 2006, advising the court of the status of their settlement negotiations.

Dated:  June 27, 2006