IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-1295-JLK**

**DOMINION VIDEO SATELLITE, INC.**,

    Plaintiff,

v.

**ECHOSTAR SATELLITE, L.L.C.,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Motion to Withdraw Appearance as Counsel for Plaintiff (doc. #33), filed March 9, 2007, is GRANTED.  Mark D. Colley is permitted to withdraw as attorney of record for Dominion Video Satellite, Inc..

Dated:  March 13, 2007